# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 12, 2014

Before

DIANE P. WOOD, *Chief Judge*

| | |
|---|---|
| No.: 13-3005 | ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC, an Indiana limited liability company, doing business as PEPPERBALL TECHNOLOGIES, <br> Plaintiff - Appellee <br><br> v. <br><br> REAL ACTION PAINTBALL, INCORPORATED, et al., <br> Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:12-cv-00296-JVB-RBC
Northern District of Indiana, Fort Wayne Division
District Judge Joseph S. Van Bokkelen

Upon consideration of the **MOTION TO CORRECT ERRORS IN MAY 9, 2014 OPINION AND FINAL JUDGMENT**, filed on May 12, 2014, by counsel for the defendants,

**IT IS ORDERED** that the motion is **GRANTED**, and the word "judgment" is replaced with "preliminary injunction" in the final sentence of the court's opinion and the first sentence of the court's judgment, both dated May 9, 2014. The final sentence in this court's opinion is **AMENDED** to read: "We **REMAND** the case with instructions to vacate the preliminary judgment and dismiss the complaint for lack of personal jurisdiction." The first sentence in the court's judgment is **AMENDED** to read: "The case is **REMANDED** with instructions to vacate the judgment and dismiss the complaint for lack of personal jurisdiction."

form name: **c7_Order_3J**(form ID: **177**)